UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-2947

In Regard to the Matter of:

Bayside State Prison

Litigation

LAWRENCE BROWN,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

FRIDAY, SEPTEMBER 12, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

```
 1
 2
 3              Transcript of proceedings in the above
 4    matter taken by Theresa O. Mastroianni, Certified
 5    Court Reporter, license number 30X100085700, and
 6    Notary Public of the State of New Jersey at the
 7    United States District Court House, One Gerry Plaza,
 8    Camden, New Jersey, 08102, commencing at 9:30 AM.
 9
10    A P P E A R A N C E S:
11
          LOUGHRY & LINDSAY, ESQUIRES
12        BY:  LAWRENCE W. LINDSAY, ESQUIRE
          330 MARKET STREET
13        CAMDEN, NEW JERSEY 08102
          856-968-9201
14        ATTORNEYS FOR THE PLAINTIFFS
15
          JAIME KAIGH, ESQUIRE
16             - and -
          RODNEY D. RAY, ESQUIRE
17        32 NORTH BLACK HORSE PIKE
          BLACKWOOD, NEW JERSEY  08012
18        856-232-3337
          856-232-4561
19        ATTORNEYS FOR THE PLAINTIFFS
20
          ROSELLI & GRIEGEL, PC
21        BY:  MARK ROSELLI, ESQUIRE
               - and -
22        BY:  JAMES LAZZARO, ESQUIRE
          1337 STATE HIGHWAY 33
23        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
24        ATTORNEYS FOR THE DEFENDANTS
25
```

1       JUDGE BISSELL: I'm ready to deliver

2  three decisions today. We'll reopen first the matter

3  of Lawrence Brown, his case was heard on the 19th of

4  June and the docket number is 08-2947.

5       This opinion/report is being issued

6  pursuant to the directives of the Order of Reference

7  to a Special Master and the Special Master's

8  Agreement and the guiding principles of law which

9  underlie this decision to be applied to the facts

10 upon which it is based as set forth in the jury

11 instructions in the Walker and Mejias jury charges to

12 the extent applicable to the allegations in Mr.

13 Brown's case.

14      As finalized after review under Local

15 Civil Rule 52.1, transcript of this oral opinion will

16 constitute the written report required by paragraph

17 seven of the Order of Reference to a Special Master.

18      Mr. Brown arrived at Bayside

19 approximately on the 23rd of September of 1997 just

20 to kind of set the context. The SOG unit was no

21 longer in place by then. At one point he recounted

22 that the event occurred approximately a week after

23 Officer Baker's death. This, however, of course, is

24 not possible, could not be accurate. He's off by

25 several weeks, but that's not particularly

1  significant in my determination here.

2              He's asked on page eight beginning at

3  line 12: "Where were you before you were brought to

4  Bayside?"

5              And his answer is: "Garden State Youth

6  Correctional Facility.

7              "And what was the reason why you were

8  transferred as far as you understood from Garden

9  State to Bayside?

10             "I got into a fight and they gave me

11 detention time, ad-seg.

12             "When you came to Bayside, to what unit

13 were you taken?

14             "Answer Baker Unit, B Unit."

15             Then he was asked to describe an

16 incident with corrections officers and he does so as

17 follows, beginning at page nine, line 11: "All

18 right. And when you had this problem with the

19 corrections officers, where were you physically

20 located, in what unit?

21             "Baker Unit, B Unit.

22             In or near your cell?

23             "Yes.

24             "And do you know the names of the

25 officers that you had this problem with?

1          "No.

2          "And how many days had you been at
3    Bayside at the time you had this difficulty?

4          "It was as soon as I got there.

5          "Question: And tell Judge Bissell what
6    happened to you.

7          "They brought us in from Garden State
8    Youth Correctional Facility. When I got there one of
9    the officers asked me what I was there for and I
10   didn't answer him. The other officer told him I was
11   there for beating up a white guy. They gave me an
12   assault charge. So they got in the cell, they were
13   both standing outside the cell and they went in there
14   and they just pretty much proceeded to rough me up,
15   smack me around, punch me in the stomach and that's
16   when I hit my shoulder on the bed. The whole time
17   I'm in handcuffs.

18         "You were hit in the stomach?

19         "Yes.

20         "With what? With a fist, with a club,
21   what is it that hit you?

22         "With his fist.

23         "And then what happened to your
24   shoulder?

25         "I banged it up against the edge of the

1  bed.

2              "How did you do that?

3              "Because he punched me and I had my
4  hands cuffed behind me.

5              "How did you bang your shoulder after
6  getting a punch in the stomach?

7              "I doubled over."

8              Continuing.  "And you struck a piece of
9  the bed?

10             "Yes, the edge of the bed between the
11 joint and my shoulder.

12             "All right.  Now, did you actually seek
13 to go to the infirmary for any injuries?

14             "I asked them, but they wouldn't let
15 nobody could go to the infirmary.  Eventually the
16 nurse came around.

17             "All right.  Now, today, do you have
18 any lasting effect of anything that happened to you
19 there?

20             "Yeah, every now and then my shoulder
21 gets sore, but it clicks most of the time.  There is
22 something wrong with the rotator cuff.

23             "Is that from -- you think that's from
24 hitting that piece of furniture, the bed?

25             "Yeah, I know its from that.  I didn't

1   have it.

2                "You didn't have that problem before?

3                "No."

4                Further testimony on the subject

5   commences at page 16, line 19.  Speaking, by the way,

6   of the person who was in the cell at the time he

7   arrived.  "No, they handcuffed him, brought him out

8   of the cell, set him outside the cell, but he's still

9   up against the wall and brought me into the cell.  I

10  was already handcuffed.

11               "So you were already handcuffed?  How

12  many guards were there?

13               "About two or three.

14               "Okay.  Now, you were in prison for

15  several years before this incident occurred, right,

16  or at least three, four years?

17               "Yes.

18               "Prison guards wear name tags; is that

19  correct?

20               "Most of the time.

21               "So the prison guards that beat you up,

22  were they wearing name tags?

23               "Not that I could see, no.

24               "Do you know whether or not they were

25  SOG officers and do you know what I mean by SOG?

1        "I know what the SOGs are, yes.

2        "Were they SOG officers?

3        "I suppose so. They didn't have any
4    name tags on.

5        "Do you believe them to be SOG officers
6    because they didn't have name tags on; is that
7    correct?

8        Answer: Yes.

9        "Okay. Now, were there any officers
10   there that had name tags on?

11       "I don't recall.

12       "Okay. And after they handcuffed you,
13   it was just the two officers, correct?

14       "There was two or three, yeah.

15       "Two or three. So two or three
16   officers bring you to the cell, they take your cell
17   mate out and now they put you in the cell; is that
18   correct?

19       "Answer: Yes.

20

21       And you're still handcuffed?

22       "Yes.

23       "Did they shut the door or did they
24   leave the cell and shut the door before they began to
25   beat you or were they in there the entire time?

1              "They put me in the cell and they came
2     in behind.
3              "And, again, your cell mate is just
4     standing out in the hallway?
5              "In the hallway.
6              "Okay. So how many officers come in?
7              "At the time, two.
8              "Okay. And somebody punched you in
9     your stomach, right:
10             "Yes.
11             "How many times were you punched?
12             "I got hit one time in my stomach.
13             "And as a result of that punch, did you
14    sustain injury to your stomach?
15             "No, my stomach was sore, but the
16    injury was to my shoulder.
17             "As I understand, you claim you banged
18    your shoulder on the bed; is that correct?
19             "Yes.
20             "Okay. Other than the one punch to
21    your stomach, did any guard do anything else to you?
22             "Smacked me upside of my head.
23             "Okay. What did they use to smack you
24    upside your head?
25             "It was a hand, like a regular smack.

1           "An open hand?

2           "An open hand.

3           "Okay.  You didn't sustain any injury
4   from that?

5           "No, not that I recall, no.

6           "Okay.  Now, you indicated you're
7   presently at Riverfront on a four-year sentence; is
8   that correct?

9           "Answer:  Yes.

10          "Back at the time of this alleged
11  assault, you were in jail for a 20-year sentence; is
12  that correct?

13          "Answer:  Yes.

14          And you had been charged with murder;
15  is that correct?

16          "Answer:  Aggravated manslaughter,
17  yes."

18          I find that the testimony presented by
19  Mr. Brown is essentially accurate and credible.  He
20  was uncertain as to whether they were SOG officers,
21  we now know that they were not.  This testimony, of
22  course, came after a lengthy passage of time and I
23  don't consider it either incredible or fabricated in
24  connection with the statements about his ability to
25  identify the officers involved.

1            I find, based upon the facts and
2   circumstances, in particular the date, that we're
3   dealing here with housing officers in B Unit which
4   was the detention unit for problem prisoners at this
5   time. And, of course, he was there as we all know as
6   a result of the fight that he had gotten into at
7   Garden State.
8            The officers who confronted him, of
9   course, were the officers at that unit. Once again,
10  the unit of a relatively high security level as far
11  as the prison is concerned.
12           As in many of the cases that come
13  before me, one looks for indicia as to whether what's
14  recounted here, particularly by the inmate in this
15  case, makes any inherent sense. And I find that it
16  does. Here is a man transferred in here on an
17  extensive charge for aggravated manslaughter from
18  having been involved in a fight with another inmate
19  in another institution. It makes very good sense
20  that the corrections officers who would be overseeing
21  his status in B Unit for problem prisoners would
22  decide that they were going to assert their authority
23  right up front. And this fellow might or might not
24  think he was a tough guy, but they were going to take
25  care of that in a hurry.

1       Now, if all we're dealing with here was
2  a punch in the stomach just to let him know that they
3  weren't going to take anything from him, and a slap
4  on the side of the head for the same type of purpose,
5  we might be thinking in terms of a little bit about
6  either deminimis conduct or deminimis injury. What
7  happened here, and once again it certainly makes
8  inherent sense given the description of the layout
9  and rather small size of the cell, is that as a
10 consequence of this punch to the stomach while he was
11 handcuffed behind him, he doubled over and banged his
12 shoulder against a sharp point on one of the beds.
13 And this, of course, led to the consequential injury
14 that at least as of the present appears to be
15 permanent. It's not a tremendous amount of ongoing
16 pain, but it happens from time to time and a clicking
17 or other types of mechanical difficulties in the
18 shoulder are readily understandable.
19       Under the circumstances here I make a
20 finding that excessive and unnecessary force here was
21 employed for the purpose of these officers delivering
22 a message that they weren't going to take any
23 problems from any tough guys in this unit and that
24 they were in charge. I find its credible that they
25 backed his cellmate out of the room, one, to enhance

1    their own security, but secondly, because of the fact

2    they they were in very close quarters in there.  I

3    determined, therefore, that this was the use of

4    excessive force for the purpose of inflicting some

5    measure of punishment or at least a significant

6    warning as to what lay ahead for this man if he ever

7    crossed the line.

8              Once again, excessive, unnecessary,

9    bordering on the sadistic, at least, and hence well

10   within the definition of excessive force as found in

11   the jury instructions which govern this proceeding.

12             Furthermore, as I mentioned before,

13   while not terribly severe, this is a permanent injury

14   with no indication of a likely prompt resolution.

15             I don't find the absence of medical

16   reports or physicians' examinations or X-rays or MRIs

17   to be significant here.  This man can certainly

18   testify that his shoulder didn't bother him before,

19   that it has bothered him since and the feelings that

20   occur in the course of endeavoring to use his

21   shoulder.

22             Just to make a point, however, I do not

23   find that this conduct, although actionable and

24   supportive of an award of compensatory damages, was

25   so egregious or extensive as to support an award for

1  punitive damages under applicable legal standards.

2              Finally, although not every item of

3  evidence has been discussed in this opinion/report,

4  all evidence presented to the Special Master was

5  reviewed and considered.

6              I find that the injury inflicted here

7  is actionable.  I find that the injury was acute

8  initially and has remained permanent.  Although

9  without continuing pain, there necessarily is

10 recurring pain and there are restrictions and

11 disconcerting sequellae of the click in his shoulder

12 on a regular basis here.

13             Accordingly, I recommend in this report

14 that the district court enter an award of

15 compensatory damages in the amount of seven thousand

16 five hundred dollars in Mr. Brown's favor.

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _Theresa O. Mastroianni_

     Theresa O. Mastroianni, C.S.R.

20   Notary Public, State of New Jersey

     My Commission Expires May 5, 2010

21   Certificate No. XI0857

     Date: September 18, 2008

22

23

24

25

**A**
ability 10:24
absence 13:15
accurate 3:24
  10:19 15:6
action 1:3 15:11
  15:14
actionable 13:23
  14:7
acute 14:7
ad-seg 4:11
aggravated
  10:16 11:17
Agreement 3:8
ahead 13:6
al 1:9
allegations 3:12
alleged 10:10
amount 12:15
  14:15
answer 4:5,14
  5:10 8:8,19
  10:9,13,16
appears 12:14
applicable 3:12
  14:1
applied 3:9
approximately
  3:19,22
arrived 3:18 7:7
asked 4:2,15 5:9
  6:14
assault 5:12
  10:11
assert 11:22
attorney 15:10
  15:12
ATTORNEYS
  2:14,19,24
Audubon 1:22
authority 11:22
award 13:24,25
  14:14

**B**
B 4:14,21 11:3
  11:21
Back 10:10
backed 12:25
Baker 4:14,21
Baker's 3:23
bang 6:5
banged 5:25
  9:17 12:11
based 3:10 11:1
basis 14:12
Bayside 1:6 3:18
  4:4,9,12 5:3
beat 7:21 8:25
beating 5:11
bed 5:16 6:1,9
  6:10,24 9:18
beds 12:12
began 8:24
beginning 4:2,17
believe 8:5
Bissell 1:17 3:1
  5:5
bit 12:5
BLACK 2:17
BLACKWOOD
  2:17
bordering 13:9
bother 13:18
bothered 13:19
bring 8:16
brought 4:3 5:7
  7:7,9
Brown 1:7 3:3
  3:18 10:19
Brown's 3:13
  14:16

**C**
C 2:10 15:1,1
Camden 2:8,13
care 11:25
case 3:3,13
  11:15
cases 11:12
cell 4:22 5:12,13
  7:6,8,8,9 8:16
  8:16,17,24 9:1
  9:3 12:9
cellmate 12:25
certainly 12:7
  13:17
Certificate
  15:21
Certified 1:21
  2:4 15:4
certify 15:5,9
charge 5:12
  11:17 12:24
charged 10:14
charges 3:11
circumstances
  11:2 12:19
Civil 1:3 3:15
claim 9:17
click 14:11
clicking 12:16
clicks 6:21
close 13:2
club 5:20
come 9:6 11:12
commences 7:5
commencing 2:8
Commission
  15:20
compensatory
  13:24 14:15
concerned 11:11
conduct 12:6
  13:23
confronted 11:8
connection
  10:24
consequence
  12:10
consequential
  12:13
consider 10:23
considered 14:5
constitute 3:16
context 3:20
continuing 6:8
  14:9

correct 7:19 8:7
  8:13,18 9:18
  10:8,12,15
Correctional 4:6
  5:8
corrections 4:16
  4:19 11:20
counsel 15:10,12
course 3:23
  10:22 11:5,9
  12:13 13:20
court 1:2,21 2:5
  2:7 14:14
credible 10:19
  12:24
crossed 13:7
cuff 6:22
cuffed 6:4
C.S.R 15:19

**D**
D 2:16
damages 13:24
  14:1,15
date 11:2 15:8
  15:21
days 5:2
dealing 11:3
  12:1
death 3:23
decide 11:22
decision 3:9
decisions 3:2
Defendants 1:10
  2:24
definition 13:10
deliver 3:1
delivering 12:21
deminimis 12:6
  12:6
describe 4:15
description 12:8
detention 4:11
  11:4
determination
  4:1

determined 13:3
difficulties
  12:17
difficulty 5:3
directives 3:6
disconcerting
  14:11
discussed 14:3
district 1:2,3 2:7
  14:14
docket 3:4
dollars 14:16
door 8:23,24
doubled 6:7
  12:11

**E**
E 2:10,10 15:1,1
edge 5:25 6:10
effect 6:18
egregious 13:25
eight 4:2
either 10:23
  12:6
employed 12:21
employee 15:10
  15:12
endeavoring
  13:20
enhance 12:25
enter 14:14
entire 8:25
ESQUIRE 2:12
  2:15,16,21,22
ESQUIRES
  2:11
essentially 10:19
et 1:9
event 3:22
Eventually 6:15
evidence 14:3,4
examinations
  13:16
excessive 12:20
  13:4,8,10
Expires 15:20

extensive 11:17 13:25
extent 3:12

**F**
F 15:1
fabricated 10:23
Facility 4:6 5:8
fact 13:1
facts 3:9 11:1
far 4:8 11:10
FAUVER 1:9
favor 14:16
feelings 13:19
fellow 11:23
fight 4:10 11:6 11:18
finalized 3:14
Finally 14:2
financially 15:13
find 10:18 11:1 11:15 12:24 13:15,23 14:6 14:7
finding 12:20
first 3:2
fist 5:20,22
five 14:16
follows 4:17
force 12:20 13:4 13:10
foregoing 15:5
FORMAROLI 1:20
forth 3:10 15:8
found 13:10
four 7:16
four-year 10:7
FRIDAY 1:14
front 11:23
furniture 6:24
Further 7:4 15:9
Furthermore 13:12

**G**
Garden 4:5,8 5:7 11:7
Gerry 2:7
getting 6:6
given 12:8
go 6:13,15
going 11:22,24 12:3,22
good 11:19
gotten 11:6
govern 13:11
GRIEGEL 2:20
guard 9:21
guards 7:12,18 7:21
guiding 3:8
guy 5:11 11:24
guys 12:23

**H**
H 1:9
hallway 9:4,5
HAMILTON 2:23
hand 9:25 10:1,2
handcuffed 7:7 7:10,11 8:12 8:21 12:11
handcuffs 5:17
hands 6:4
happened 5:6,23 6:18 12:7
happens 12:16
head 9:22,24 12:4
heard 3:3
hereinbefore 15:8
high 11:10
HIGHWAY 2:22
hit 5:16,18,21 9:12
hitting 6:24
HONORABLE 1:17
Horse 1:21 2:17
House 2:7
housing 11:3
hundred 14:16
hurry 11:25

**I**
identify 10:25
incident 4:16 7:15
incredible 10:23
indicated 10:6
indication 13:14
indicia 11:13
infirmary 6:13 6:15
inflicted 14:6
inflicting 13:4
inherent 11:15 12:8
initially 14:8
injuries 6:13
injury 9:14,16 10:3 12:6,13 13:13 14:6,7
inmate 11:14,18
institution 11:19
instructions 3:11 13:11
interested 15:13
involved 10:25 11:18
issued 3:5
item 14:2

**J**
jail 10:11
JAIME 2:15
JAMES 2:22
Jersey 1:3,22 2:6 2:8,13,17,23 15:5,20
JOHN 1:17
joint 6:11
Judge 3:1 5:5
June 3:4
jury 3:10,11 13:11

**K**
KAIGH 2:15
kind 3:20
know 4:24 6:25 7:24,25 8:1 10:21 11:5 12:2

**L**
lasting 6:18
law 3:8
Lawrence 1:7 2:12 3:3
lay 13:6
layout 12:8
LAZZARO 2:22
leave 8:24
led 12:13
legal 14:1
lengthy 10:22
level 11:10
license 2:5
LINDSAY 2:11 2:12
line 4:3,17 7:5 13:7
Litigation 1:6
little 12:5
Local 3:14
located 4:20
longer 3:21
looks 11:13
LOUGHRY 2:11

**M**
man 11:16 13:6 13:17
manslaughter 10:16 11:17
MARK 2:21
MARKET 2:12
Master 1:17 3:7 3:17 14:4
Master's 3:7
Mastroianni 1:20 2:4 15:3 15:19
mate 8:17 9:3
matter 1:5 2:4 3:2
mean 7:25
measure 13:5
mechanical 12:17
medical 13:15
Mejias 3:11
mentioned 13:12
message 12:22
MRIs 13:16
murder 10:14

**N**
N 2:10
name 7:18,22 8:4,6,10
names 4:24
near 4:22
necessarily 14:9
neither 15:9,11
New 1:3,22 2:6,8 2:13,17,23 15:4,20
nine 4:17
NORTH 2:17
Notary 2:6 15:3 15:20
number 2:5 3:4
nurse 6:16

**O**
O 2:4 15:3,19
occur 13:20
occurred 3:22 7:15
officer 3:23 5:10
officers 4:16,19 4:25 5:9 7:25

8:2,5,9,13,16
9:6 10:20,25
11:3,8,9,20
12:21
**Okay** 7:14 8:9
   8:12 9:6,8,20
   9:23 10:3,6
**once** 11:9 12:7
   13:8
**ongoing** 12:15
**open** 10:1,2
**opinion** 3:15
**opinion/report**
   3:5 14:3
**oral** 3:15
**Order** 3:6,17
**outside** 5:13 7:8
**overseeing** 11:20

**P**
**P** 2:10,10
**page** 4:2,17 7:5
**pain** 12:16 14:9
   14:10
**paragraph** 3:16
**particular** 11:2
**particularly**
   3:25 11:14
**parties** 15:11
**passage** 10:22
**PC** 2:20
**permanent**
   12:15 13:13
   14:8
**person** 7:6
**physically** 4:19
**physicians** 13:16
**piece** 6:8,24
**Pike** 1:21 2:17
**place** 3:21 15:8
**PLAINTIFFS**
   2:14,19
**Plaza** 2:7
**point** 3:21 12:12
   13:22
**possible** 3:24

**present** 12:14
**presented** 10:18
   14:4
**presently** 10:7
**pretty** 5:14
**principles** 3:8
**prison** 1:6 7:14
   7:18,21 11:11
**prisoners** 11:4
   11:21
**problem** 4:18,25
   7:2 11:4,21
**problems** 12:23
**proceeded** 5:14
**proceeding**
   13:11
**proceedings** 2:3
**prompt** 13:14
**Public** 2:6 15:3
   15:20
**punch** 5:15 6:6
   9:13,20 12:2
   12:10
**punched** 6:3 9:8
   9:11
**punishment**
   13:5
**punitive** 14:1
**purpose** 12:4,21
   13:4
**pursuant** 3:6
**put** 8:17 9:1

**Q**
**quarters** 13:2
**Question** 5:5

**R**
**R** 2:10 15:1
**RAY** 2:16
**readily** 12:18
**ready** 3:1
**reason** 4:7
**recall** 8:11 10:5
**recommend**
   14:13

**recounted** 3:21
   11:14
**recurring** 14:10
**Reference** 3:6
   3:17
**Regard** 1:5
**regular** 9:25
   14:12
**relative** 15:10,12
**relatively** 11:10
**remained** 14:8
**reopen** 3:2
**report** 3:16
   14:13
**Reporter** 2:5
   15:4
**Reporting** 1:21
**reports** 13:16
**required** 3:16
**resolution** 13:14
**restrictions**
   14:10
**result** 9:13 11:6
**review** 3:14
**reviewed** 14:5
**right** 4:18 6:12
   6:17 7:15 9:9
   11:23
**Riverfront** 10:7
**RODNEY** 2:16
**room** 12:25
**ROSELLI** 2:20
   2:21
**rotator** 6:22
**rough** 5:14
**Rule** 3:15

**S**
**S** 2:10
**sadistic** 13:9
**secondly** 13:1
**security** 11:10
   13:1
**see** 7:23
**seek** 6:12
**sense** 11:15,19

12:8
**sentence** 10:7,11
**September** 1:14
   3:19 15:21
**sequellae** 14:11
**set** 3:10,20 7:8
   15:8
**seven** 3:17 14:15
**severe** 13:13
**sharp** 12:12
**Shorthand** 15:4
**shoulder** 5:16,24
   6:5,11,20 9:16
   9:18 12:12,18
   13:18,21 14:11
**shut** 8:23,24
**side** 12:4
**significant** 4:1
   13:5,17
**size** 12:9
**slap** 12:3
**smack** 5:15 9:23
   9:25
**Smacked** 9:22
**small** 12:9
**SOG** 3:20 7:25
   7:25 8:2,5
   10:20
**SOGs** 8:1
**somebody** 9:8
**soon** 5:4
**sore** 6:21 9:15
**South** 1:21
**Speaking** 7:5
**Special** 1:17 3:7
   3:7,17 14:4
**SQUARE** 2:23
**standards** 14:1
**standing** 5:13
   9:4
**State** 1:6 2:6,22
   4:5,9 5:7 11:7
   15:4,20
**statements**
   10:24
**States** 1:2 2:7

**status** 11:21
**stenographica...**
   15:7
**stomach** 5:15,18
   6:6 9:9,12,14
   9:15,21 12:2
   12:10
**STREET** 2:12
**struck** 6:8
**subject** 7:4
**support** 13:25
**supportive**
   13:24
**suppose** 8:3
**sustain** 9:14
   10:3

**T**
**T** 15:1,1
**tags** 7:18,22 8:4
   8:6,10
**take** 8:16 11:24
   12:3,22
**taken** 2:4 4:13
   15:7
**tell** 5:5
**terms** 12:5
**terribly** 13:13
**testify** 13:18
**testimony** 7:4
   10:18,21 15:6
**Theresa** 2:4 15:3
   15:19
**think** 6:23 11:24
**thinking** 12:5
**thousand** 14:15
**three** 3:2 7:13,16
   8:14,15,15
**time** 4:11 5:3,16
   6:21 7:6,20
   8:25 9:7,12
   10:10,22 11:5
   12:16,16 15:7
**times** 9:11
**today** 3:2 6:17
**told** 5:10

| | | |
|---|---|---|
| tough 11:24 12:23 | went 5:13 | 32 2:17 |
| transcript 2:3 3:15 15:6 | weren't 12:3,22 | 33 2:22 |
| | We'll 3:2 | 330 2:12 |
| transferred 4:8 11:16 | we're 11:2 12:1 | **5** |
| | white 1:21 5:11 | |
| tremendous 12:15 | WILLIAM 1:9 | 5 15:20 |
| | wouldn't 6:14 | 52.1 3:15 |
| true 15:6 | written 3:16 | |
| two 7:13 8:13,14 8:15,15 9:7 | wrong 6:22 | **6** |
| | **X** | 609-586-2257 2:23 |
| type 12:4 | XIO857 15:21 | **8** |
| types 12:17 | X-rays 13:16 | 856-232-3337 2:18 |
| **U** | **Y** | 856-232-4561 2:18 |
| uncertain 10:20 | yeah 6:20,25 8:14 | 856-546-1100 1:22 |
| underlie 3:9 | | |
| understand 9:17 | years 7:15,16 | 856-968-9201 2:13 |
| understandable 12:18 | Youth 4:5 5:8 | |
| understood 4:8 | **0** | **9** |
| unit 3:20 4:12 4:14,14,20,21 4:21 11:3,4,9 11:10,21 12:23 | 08-2947 1:3 3:4 | 9:30 2:8 |
| | 08012 2:17 | |
| | 08102 2:8,13 | |
| | 08106 1:22 | |
| United 1:2 2:7 | 08690 2:23 | |
| unnecessary 12:20 13:8 | **1** | |
| | 11 4:17 | |
| upside 9:22,24 | 12 1:14 4:3 | |
| use 9:23 13:3,20 | 1337 2:22 | |
| **V** | 16 7:5 | |
| Videoconfere... 1:21 | 18 15:21 | |
| | 19 7:5 | |
| vs 1:8 | 19th 3:3 | |
| | 1997 3:19 | |
| **W** | **2** | |
| W 1:17 2:12 | 20-year 10:11 | |
| Walker 3:11 | 2008 1:14 15:21 | |
| wall 7:9 | 2010 15:20 | |
| warning 13:6 | 23rd 3:19 | |
| way 7:5 | 251 1:21 | |
| wear 7:18 | | |
| wearing 7:22 | **3** | |
| week 3:22 | 30X100085700 2:5 | |
| weeks 3:25 | | |